[This opinion has been published in *Ohio Official Reports* at 84 Ohio St.3d 111.]

THE STATE EX REL. KARL, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Karl v. Indus. Comm.*, 1998-Ohio-564.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 98-555—Submitted October 12, 1998—Decided December 9, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 96APD12-1774.

————————————

*M. Blake Stone*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Steven K. Aronoff*, Assistant Attorney General, for appellees Industrial Commission and Administrator, Bureau of Workers' Compensation.

*Rademaker, Matty, McClelland & Greve* and *Lynn G. Murphy*, for appellee D-A Lubricant Co., Inc.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————